IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUSAN C. COONROD, | ) | Case No. 4:04CV3251 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of the Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the defendant providing that the final decision of the Commissioner is affirmed pursuant to sentence four of 42 U.S.C. § 405(g).

June 23, 2005.                                        BY THE COURT:

                                                      *s/Richard G. Kopf*
                                                      United States District Judge